TEM

FILED

08 JUN 16 AM 9:44

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. Case Number: '08 MJ 1845 |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | Title 21, U.S.C., Sections 952 and 960<br>Importation of a Controlled Substance |
| BARRON-Manriquez, Juan Pablo | ) | |
| Defendant, | ) | |

The undersigned complaint being duly sworn states:

On or about June 14, 2008, within the Southern District of California, Juan Pablo BARRON-Manriquez did knowingly and intentionally import approximately 232.02 kilograms (510.44 pounds) marijuana, a Schedule I Controlled Substance; into the United States from the Republic of Mexico in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Meaghan Queally
SIGNATURE OF COMPLAINANT
SPECIAL AGENT
UNITED STATES IMMIGRATIONS
AND CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16th DAY OF June, 2008.

[signature]
MAGISTRATE JUDGE

TKM

## PROBABLE CAUSE STATEMENT

I, Special Agent (SA) Meaghan Queally, declare under penalty of perjury, that the following is true and correct:

On June 14, 2008 at approximately 3:00 p.m., Juan Pablo BARRON-Manriquez entered the United States from the Republic of Mexico at the San Ysidro Port of Entry, San Diego, CA. BARRON-Manriquez was the driver of a 1996 commercial tourism bus. Paperwork found in the bus states that the bus is registered to Alvarez Byron, d/b/a H Guerrero Tours. The bus bears license plate CAUS / 8R18351.

At approximately 3:00 p.m., Customs and Border Protection Officer (CBPO) Benjamin Joseph was conducting pre-primary inspection with his Narcotic/Human Detection Dog "Cono" (CE-03). "Cono" alerted and responded to a narcotic odor emanating from the roof area and luggage compartment area of the bus on primary lane 01.

CBPO Joseph notified CBPO Dario Flores of the canine alert, and they both began to conduct a 7 point inspection of the bus. While inspecting the interior of the bus, CBPO Flores noticed there were new screws on the floor of the seats. An x-ray of the bus was taken with inconclusive results. CBPO Flores and Joseph had BARRON-Manriquez drive the bus to Otay Mesa Cargo Port of Entry for further inspection.

At the Otay Mesa commercial facility, the bus was x-rayed a second time which revealed discrepancies in the floor of the bus. AT-CET Freer came to assist with the inspection of the bus. AT-CET Freer drilled a hole in the floor of the bus and they noticed a green leafy substance under the floorboard that tested positive for marijuana. BARRON-Manriquez was handcuffed and placed in a detention cell at the Otay Mesa port of entry.

CBPO Dario Flores conducted a secondary inspection at the Otay Mesa commericial facility where he discovered 134 packages, containing approximately 232.02 kilograms of a green leafy substance, which field-tested positive for marijuana, concealed within the floorboard of the bus.

BARRON-Manriquez was advised of his Constitutional rights by San Diego Police Detective Ed Valentin in the presence of SA Jeffrey Burdett and SA Meaghan Queally. BARRON-Manriquez waived his Constitutional rights and agreed to speak with the agents.

BARRON-Manriquez related that he works for a bus company named Escape as a bus driver. He works whenever the company calls him and tells him he will be driving the bus that day. Typically he will drive the bus from Tijuana to such places as the Viejas Casino or Disneyland. He is normally paid $120-$130 for each trip.

Tun

On the morning of June 14, 2008 between 9:00 a.m. and 10:00 a.m. he received a call from the company saying he would be driving the bus to Viejas that day. He arrived at work at approximately 2:00 p.m. and met with his boss, Negro. Negro told him that there was "something" in the bus and that he would be paid $1000 to drive the bus on that day. BARRON-Manriquez took this statement to believe he would be smuggling illegal narcotics. He believed the narcotic he was smuggling was marijuana.

On June 14, 2008, BARRON-Manriquez was arrested at the Otay Mesa Port of Entry and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance. He was booked into the Metropolitan Correction Center, San Diego, CA. The United States Customs and Border Protection seized the bus and marijuana.

Executed on 6-16-08 at 9:42.

Meaghan Queally

SPECIAL AGENT
Meaghan Queally