08 JUL -2 PM 2:25

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Criminal Case No. '08 CR 2202 DMS |
| v. | I N D I C T M E N T |
| JUAN PABLO BARRON-MANRIQUEZ, Defendant. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |

The grand jury charges:

Count 1

On or about June 14, 2008, within the Southern District of California, defendant JUAN PABLO BARRON-MANRIQUEZ did knowingly and intentionally import 100 kilograms and more, to wit: approximately 232.02 kilograms (510.44 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

//

CEM:fer:San Diego
7/1/08

Count 2

On or about June 14, 2008, within the Southern District of California, defendant JUAN PABLO BARRON-MANRIQUEZ did knowingly and intentionally possess, with intent to distribute, 100 kilograms and more, to wit: approximately 232.02 kilograms (510.44 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: July 2, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CALEB E. MASON
Assistant U.S. Attorney